

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00644-CR

Elton Anthony **BRANCH**,
Appellant

v.

The **STATE** of Texas

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7555
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 5, 2015.

Luz Elena D. Chapa, Justice